IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

**FINEMAN KREKSTEIN & HARRIS, P.C.**
*A Pennsylvania Professional Corporation*
BY      RICHARD J. PERR, ESQUIRE
Ten Penn Center
1801 Market Street, Suite 1100
Philadelphia, PA  19103
(v) 215-893-9300; (f) 215-893-8719
e-mail: rperr@finemanlawfirm.com
**Attorneys for Defendant Stellar Recovery, Inc.**

| | | |
|---|---|---|
| SAMUEL RICHARDSON, JR., | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. |
| | : | |
| STELLAR RECOVERY, INC., | : | |
| Defendant | : | |
| | : | |

**NOTICE OF REMOVAL**

Defendant STELLAR RECOVERY, INC. ("Stellar" or "Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(b):

1.      Stellar is a defendant in an action pending in the Superior Court of New Jersey, Law Division, Special Civil Part, Middlesex County, Docket No. SC-869-15 ("the State Court Action").  A true and correct copy of the Amended Complaint in the State Court Action is attached hereto as Exhibit "A".

2.      Plaintiff in the State Court Action is SAMUEL RICHARDSON, JR. ("Plaintiff"). See Exhibit "A".

3.      Plaintiff's State Court Action alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., Defendant may properly remove the State Court Action to this Court based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Amended Complaint on Defendant.

WHEREFORE, Defendant Stellar Recovery, Inc., prays that the State Court Action be removed from the Superior Court of New Jersey, Law Division, Special Civil Part, Middlesex County, Docket No. SC-869-15, to this Court for proper and just determination.

                                        FINEMAN KREKSTEIN & HARRIS, P.C.

                              By:    /S/ Richard J. Perr
                                        RICHARD J. PERR, ESQUIRE
                                        Ten Penn Center
                                        1801 Market Street, Suite 1100
                                        Philadelphia, PA  19103
                                        (v) 215-893-9300; (f) 215-893-8719
                                        e-mail: rperr@finemanlawfirm.com
                                        Attorneys for Defendant

Dated:    September 14, 2015

# CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing electronically, or by first class mail, postage prepaid, or telecopy on the following:

>Samuel Richardson, Jr.
>279 Roanoke Street, Apt. 279
>Woodbridge, NJ  07095
>(v) 973-592-9889
>        Plaintiff Pro Se
>
>NJ Superior Court, Middlesex County
>56 Patterson Street
>New Brunswick, NJ  08903
>(v) 732-519-3200

                                    /S/ Richard J. Perr
                                    RICHARD J. PERR, ESQUIRE

Dated:       September 14, 2015